# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00078-CR

**Matthew Alan McCullough, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
NO. 2024CR0204, THE HONORABLE ROBERT UPDEGROVE, JUDGE PRESIDING**

---

## O R D E R  A N D  M E M O R A N D U M  O P I N I O N

**PER CURIAM**

Appellant's brief was originally due May 28, 2025. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due August 1, 2025. To date, the brief has not been tendered for filing and is overdue.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate

supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than October 27, 2025. *See id.* R. 38.8(b)(3).

It is so ordered September 25, 2025

Before Justices Triana, Kelly, and Theofanis

Abated and Remanded

Filed:   September 25, 2025

Do Not Publish